**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.:   DLB-21-399 |
| | : | |
| ROY C. McGRATH, | : | |
| | : | |
| Defendant | : | |
| | : | |

**NOTICE OF LIMITED APPEARANCE**

Dear Clerk:

    For purposes of the initial appearance in the above-captioned matter, please enter the limited appearance of Sydney M. Patterson, Esquire and MarcusBonsib, LLC, as counsel for the Defendant.

    Respectfully submitted,

    MARCUSBONSIB, LLC

    /s/ Sydney M. Patterson
    Sydney M. Patterson, Esquire
    Bar No.:  19036
    6411 Ivy Lane, Suite 116
    Greenbelt, Maryland 20770
    (301) 441-3000
    (301) 441-3003 (facsimile)
    spatterson@marcusbonsib.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 22nd day of October, 2021, a copy of the foregoing was electronically filed and served on Joyce K. McDonald, Assistant United States Attorney, Office of the United States Attorney, 36 S Charles St Fourth Fl., Baltimore, MD 21201.

    /s/ Sydney M. Patterson
    Sydney M. Patterson