IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: DLB-21-399 |
| ROY C. MCGRATH | * | |
| Defendant. | | |

\*   \*   \*   \*   \*   \*   \*   \*

ENTRY OF APPEARANCE

Please enter the appearance of Joseph Murtha, Esquire, as substitute counsel on behalf of the Defendant, Roy C. McGrath, in the above-captioned case. Undersigned counsel is substituting his appearance for Sydney M. Patterson, Esquire

Respectfully submitted,

_____-s-_____
Joseph Murtha
Federal Bar No. 23725
Rice Murtha & Psoras, LLC
1301 York Road, Suite 200
Lutherville, Maryland 21093
(410) 583-6969
jmurtha@ricelawmd.com

Counsel for the Defendant
Sydeney M. Patterson

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 8th day of November, 2021, a copy of the foregoing Entry of Appearance was sent by electronic transmission to Joyce K. McDonald, Assistant United States Attorney, (Joyce.McDonald@usdoj.gov) Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201, and to Sydney M. Patterson (spatterson@marcusbonsib.com), MarcusBonsib, LLC, 6411 Ivy Lane, Suite 226, Greenbelt, Md. 20770.


            _____-s-_____
            Joseph Murtha

JM10016(rev)