IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.:  DLB-21-399 |
| : | |
| ROY C. MCGRATH, : | |
| : | |
| Defendant : | |
| : | |

**LINE**

Dear Clerk:

Please strike the appearance of Sydney M. Patterson as counsel for the Defendant for all purposes in the above-captioned case.

                            Respectfully submitted,

                            MARCUSBONSIB, LLC

                            /s/  *Sydney M. Patterson*
                            Sydney M. Patterson, Esquire
                            Bar No.:  19036
                            6411 Ivy Lane, Suite 116
                            Greenbelt, Maryland 20770
                            (301) 441-3000
                            (301) 441-3003 (facsimile)
                            spatterson@marcusbonsib.com

**CERTIFICATE OF SERVICE**

I hereby certify, that on November 9, 2021, a copy of the foregoing was electronically filed and served on all counsel of record in this case.

                            /s/ *Sydney M. Patterson*
                            Sydney M. Patterson