IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROY C. MCGRATH,<br><br>              Defendant. | CRIMINAL NO. <u>DLB-21-0399</u> |

## ORDER

The Court finds, upon the Government's Consent Motion (ECF 16) filed December 1, 2021, pursuant to Title 18, United States Code, Sections 3161(h)(1) and (7), the interests of justice will be served by continuing the trial date beyond the speedy trial date and outweigh the interests of the public and the Defendant in a speedy trial, in that:

    a.    the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

    b.    the requested exclusion of time would provide the Defendant and his counsel the time necessary to review the discovery materials and to consider pre-trial motions;

    c.    the requested exclusion of time would allow the parties sufficient time to conduct discussions regarding a disposition of the case short of trial; and

    d.    the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendants and attorneys for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED that the period from October 22, 2021 – January 21, 2022, inclusive, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h), for the reasons set forth above.

Date:   December 2, 2021                                 _____
                                                                 Deborah L. Boardman
                                                                 United States District Judge