IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. **DLB-21-0399** |
| ROY C. MCGRATH, | |
| **Defendant.** | |

## ORDER

The Court finds, upon consideration of the parties' Status Report and the Consent Motion for Further Exclusion of Time Under the Speedy Trial Act, ECF 19, the interests of justice will be served by continuing the trial date beyond the speedy trial date and outweigh the interests of the public and the Defendant in a speedy trial, in that:

a. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

b. the requested exclusion of time would provide the Defendant and his counsel the time necessary to review the discovery materials;

c. the requested exclusion of time would allow the parties sufficient time to conduct discussions regarding the evidence; and

d. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendants and attorneys for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED that the period from January 22, 2022-February 21, 2022, inclusive, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(1) and (7), for the reasons set forth above. The parties are directed to provide a Status Report to the Court on or before February 21, 2022.

Date: Janaury 24, 2022

Deborah L. Boardman
United States District Judge