IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROY C. MCGRATH,<br><br>**Defendant.** | CRIMINAL NO. <u>**DLB-21-0399**</u> |

## ORDER

The Court finds, upon consideration of the Consent Motion for Exclusion of Time Under the Speedy Trial Act, and the conference call held on January 31, 2022, the interests of justice will be served by continuing the trial date beyond the speedy trial date and outweigh the interests of the public and the Defendant in a speedy trial, in that:

a. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

b. the requested exclusion of time would provide time for the preparation, filing and consideration of pre-trial motions; and

c. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and attorneys for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the parties continuity of counsel.

THEREFORE, IT IS HEREBY ORDERED that the period from February 22, 2022 – October 23, 2022, inclusive, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(1) and (7), for the reasons set forth above.

Date: March 8, 2022

Deborah L. Boardman
United States District Judge