# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. DLB-21-0399 |
| ROY C. MCGRATH, | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Following a June 1, 2022 status teleconference, the Court sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| June 30, 2022 | Pretrial motions deadline |
| July 15, 2022 | Deadline for government's responses to any pretrial motions |
| August 1, 2022 | Deadline for defendant's replies |
| **August 22, 2022, 10:00 a.m.** | **Motions Hearing**, Courtroom 3A.  Defendant must be present. |
| September 16, 2022 | Deadline for filing motions *in limine* |
| September 30, 2022 | Deadline for responses to motions *in limine* |
| September 30, 2022 | Deadline for receipt in chambers of proposed voir dire, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_DLBChambers@mdd.uscourts.gov |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the **fullest extent possible** make a **joint submission**.  Counsel shall identify any matters of disagreement through supplemental filings. |
| **October 11, 2022, 10:00 a.m.** | **Pretrial Conference**, Courtroom 3A.  Defendant must be present. |

| | |
|---|---|
| **October 24, 2022, 9:30 a.m.** | **Jury Trial**, Courtroom 3A, scheduled to conclude on **November 3, 2022**.  The Court will **not** sit in trial on Fridays. |
| | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

No changes to this schedule will be permitted unless authorized by the Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 3rd day of June, 2022.

                                                                                                                                  _____
                                                                                                                                  Deborah L. Boardman
                                                                                                                                  United States District Judge