LAW OFFICES
# RICE MURTHA PSORAS LLC

**G. RANDOLPH RICE**
**JOSEPH MURTHA**
**GEORGE PSORAS, JR.**
**GREGORY J. PSORAS**
**ERIC S. LICKSTEIN**

**1301 YORK ROAD, SUITE 200**
**LUTHERVILLE, MARYLAND  21093**
**(410) 583-6969**
**FAX (410) 583-4706**

jmurtha@ricelawmd.com

July 1, 2022

**BY ELECTRONIC FILING**
The Honorable Deborah Boardman
United States District Judge
United States District Court
      for the District of Maryland
101 W.  Lombard Street
Baltimore, Maryland 21201

      Re:    United States of America v.  Roy McGrath
             Criminal No.  DLB -21-399

Dear Judge Blake:

      On June 1, 2022 during the course of a telephone conference in the above-captioned matter, the Court ordered that a filing date of June 30, 2022 was established for the filing of defendant's motions in this matter. The government's response is due on July 15, 2022.

      Because of a rather full court calendar over the past several months as a result a large volume cases that were previously postponed in both federal and State court, and the loss of an legal assistant, undersigned counsel requests that the date for the filing of defendant's motion(s) be extended to July7, 2022, and government's response due on July 21, 2022.

      Undersigned counsel has advised Joyce McDonald, AUSA, of this request, and Ms. McDonald  has advised that the government does not oppose this request.

The Honorable Deborah L. Boardman
July 1, 2022
Page 2

Thank you for your consideration of this request.

Sincerely,
-s-
Joseph Murtha


cc:    Joyce McDonald, AUSA (by electronic mail)
JM7903(rev.)