IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: DLB-21-399 |
| ROY C. MCGRATH | * | |
| Defendant. | | |

\*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S MOTION IN LIMINE - DISCLOSURE OF 404(b) EVIDENCE

Now comes the defendant, Roy C. McGrath, and pursuant to Rule 404(b)(3)(A), moves in limine that the government provide reasonable notice of any Rule 404(b) evidence that the government intends to offer at trial so that the defendant has a fair opportunity to meet it.

Respectfully submitted,

_____-s-_____
Joseph Murtha
Federal Bar No. 23725
Rice Murtha & Psoras, LLC
1301 York Road, Suite 200
Lutherville, Maryland 21093
(410) 583-6969
jmurtha@ricelawmd.com

Counsel for the Defendant
Roy C. McGrath

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2022, a copy of the foregoing Defendant's Motion in Limine - Disclosure of 404(b) Evidence was filed in CM?ECF thereby serving counsel in this matter from the Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201.

_____-s-_____
Joseph Murtha