**L.B. Texts from Rome, Italy**

8/11/2019, Bruner's texts to father:

- "Not too much, it's blazing hot", when asked if they've done a lot of walking.
- "In the room now because it's just too hot. But Rome is incredible. I love it."
- "We're on the other side of the city [from the Vatican]. It's closed today, but we're going tomorrow [smiley emoji]"
- "So much to see around every corner!! I'd like to come back in cooler months, maybe October"
- "Did you go to the Vatican? So far we saw the Spanish steps, the colosseum and a few other places around the steps"
- "Yeah, colosseum is awesome. I'd like to go inside but lines were a few hours long, and it's seriously blazing hot. We might try to get up early tomorrow to go if I'm feeling okay (have a cold)."

8/12/2019, Bruner's text to father:

- "Thank you [for wishing happy birthday]! Yes! I'm sick, but we made it to the Vatican, and Roy managed to get us tickets (it was tough!) back at the room for a few minutes to cool off and then dinner. I'm having cold pizza from dinner last night as an appetizer. Yum"

Exhibit 1