

Exhibit 2

**Dad** ▮▮▮▮▮▮▮▮▮▮

📱 OSP#21-0017-I-M1_files_full.zip

**PREVIEW**

> **Dad** ▮▮▮▮▮▮▮▮▮▮  12/28/2019 1:40:42 AM
> What did you do today?

> **Local User <OSP#21-0017-I-M1_files_full.zip>**  12/28/2019 1:44:16 AM
> We slept in a bit, had breakfast while it rained, saw a rainbow, sat on the beach and people watched, brought a cookie for the police officer watching the beach (but he left before we could give it to him), I got a free massage, and then we went inside of lunch, I re-read the first 2 chapters of the second Harry Potter book in the library, then we went back outside and I read my own book more (Great Expectations, Charles Dickens), we stood in the water for a minute (it's cold), I got pooped on by a seagull (our signal to go inside), then we sat by the pool and I read more, then we both exercised together on the peloton at the gym, then we went to dinner, played scrabble, and now heading to bed!! It was a full day.

Exhibit 2