IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROY C. MCGRATH,<br>               **Defendant.** | CRIMINAL NO. **DLB-21-0399** |

### VERDICT FORM

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT ONE of the Indictment?

    Guilty _____             Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT TWO of the Indictment?

    Guilty _____             Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT THREE of the Indictment?

    Guilty _____             Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT FOUR of the Indictment?

    Guilty _____             Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT FIVE of the Indictment?

    Guilty _____             Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT SIX of the Indictment?

  Guilty _____      Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT SEVEN of the Indictment?

  Guilty _____      Not Guilty _____

How do you find the defendant, **ROY C. MCGRATH**, as to COUNT EIGHT of the Indictment?

  Guilty _____      Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____      _____
FOREPERSON              DATE