IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. DLB-21-0399 |
| ROY C. MCGRATH | * |
| Defendant. | * |

\*      \*      \*      \*      \*      \*      \*      \*

## DEFENDANT ROY C. MCGRATH'S WAIVER OF APPEARANCE

Defendant Roy C. McGrath, by undersigned counsel, and pursuant to Rule 43 of the Federal Rules of Criminal Procedure, waives his appearance at the pretrial conference to be conducted in the above-captioned matter on October 11, 2022. The defendant's signature expressly authorizes counsel to appear on his behalf, in his absence.

_____  10/7/22
Roy C. McGrath      Date

Respectfully submitted,

-s-
Joseph Murtha
Rice Murtha & Psoras, LLC
1301 York Road, Suite 200
Lutherville, Maryland 21093
(410) 583-6969
jmurtha@ricelawmd.com

Attorney for Defendant
Roy C. McGrath

JM9213(rev.)

Case 1:21-cr-00399-DLB   Document 55   Filed 10/10/22   Page 2 of 2