IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: DLB-21-0399 |
| ROY MCGRATH | * | |

\* \* \* \* \* \* \*

## DEFENDANT'S UNOPPOSED REQUEST FOR
## MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant, Roy McGrath, by and through undersigned counsel, and respectfully requests that the Conditions of Release imposed in the above-captioned matter be modified to strike the provision set forth in condition (l) "undergo medical or psychiatric treatment as directed by Pretrial Services", and in support thereof states the following:

1. Pursuant to this Court's Order of October 22, 2021, the Court imposed conditions of release that included that the defendant undergo medical or psychiatric treatment as directed by Pretrial Services.

2. Mr. McGrath has no history of any mental disorders or mental health treatment.

3. Pursuant to the Court's Order any request for modification of the conditions of release must be submitted to the Court.

4. The defendant is in complete compliance with the conditions of release, and the conditions of release have not been modified during the period of his supervision.

5. Mr. McGrath, who is a resident of Florida is being supervised by Pretrial Services in the Middle District of Florida. Pursuant to that district's policy Mr. McGrath, regardless of no history of mental disorder or mental health treatment, will be required to obtain a psychiatric

of mental disorder or mental health treatment, will be required to obtain a psychiatric evaluation unless that condition is removed from the Order Setting Conditions of Release.

6. Joyce McDonald, Assistant Untied States Attorney, has been advised by undersigned counsel of this request and has indicated that the government does not oppose the request. Kimberly Barrett, United States Pretrial Officer, has been notified of the request and has indicated that she does not oppose the termination of the requirement that Mr. McGrath undergo medical or psychiatric treatment.

7. If the Court grants the defendant's request Mr. McGrath continue to be subject to the instruction and direction provided to him by Pretrial Services, as well as being subject to all other existing conditions of release.

WHEREFORE, the defendant respectfully requests that this Honorable Court modify the conditions of release and terminate condition (L) requiring that Mr. McGrath undergo medical or psychiatric treatment as directed by Pretrial Services.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Joseph Martha
                                            Rice Martha Psoras, LLC
                                            1301 York Road, Suite 200
                                            Lutherville, Maryland 21093
                                            (410) 583-6969
                                            jmurtha@ricelawmd.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2023 a copy of the foregoing Defendant's Request for Modification of Conditions of Release was filed via ECF and thereby served on Joyce McDonald, Assistant United States Attorney, Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201 (Joyce.McDonald@usdoj.gov)

/s/
Joseph Martha

JM10351(rev.)