IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. DLB-21-0399 |
| ROY MCGRATH | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Request for Modification of Conditions of Release, it is this ___ day of January, 2023, by the United States District Court for the District of Maryland,

ORDERED, that the Defendant's request is hereby; GRANTED, and be it further;

ORDERED, that the Defendant's conditions of release shall be modified to strike condition (l) from the Order Setting Conditions of Release (undergo medical or psychiatric treatment as directed by Pretrial Services), and be it further,

ORDERED, that all other conditions of release previously imposed shall remain the same.

_____
United States District Judge

JM10152(rev.)