LAW OFFICES
# RICE MURTHA PSORAS LLC

| | | |
|---|---|---|
| G. RANDOLPH RICE | 1301 YORK ROAD, SUITE 200 | |
| JOSEPH MURTHA | LUTHERVILLE, MARYLAND 21093 | jmurtha@ricelawmd.com |
| GEORGE PSORAS, JR. | (410) 583-6969 | |
| GREGORY J. PSORAS | FAX (410) 583-4706 | |
| ERIC S. LICKSTEIN | | |
| JEFFREY M. SOLOF | | |

March 8, 2023

**FILED VIA CM/ECF**
The Honorable Beth P. Gesner
Chief Magistrate Judge
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States of America v. Roy McGrath
              Case No. DLB-21-0399
              Initial Appearance & Lafler Hearing
              Hearing Date: March 10, 2023, 3:00 p.m.

Dear Judge Gesner:

      It is my understanding that an initial appearance for the superseding indictment filed in the above-captioned matter, as well as a "Lafler" hearing has been scheduled for Friday, March 10, 2023, at 3:00 p.m. As a result of an inadvertent oversight the hearing was not previously scheduled, and is now scheduled the Friday prior to the commencement of the trial in this matter. Mr. McGrath resides in Florida, and is traveling to Maryland for the trial. That being said, Mr. Magrath had planned on traveling on Saturday in advance of Monday's trial date.

      I submit this letter as an inquiry/request if the noted hearings can be conducted virtually on Friday afternoon in order to accommodate Mr. Magrath's previous travel plans. The government has indicated that it objects to this request.

      Thank you for your consideration of this request.

                                  Sincerely,
                                  -s-
                                Joseph Murtha

cc:    Joyce McDonald, AUSA